# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2011

141652

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ROBERT DESHAWN SIMPSON,
    Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141652
COA: 297793
Wayne CC: 06-011622-FC

_____/

On order of the Court, the application for leave to appeal the July 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

y0228